# NO. 12-12-00421-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE:* | § | |
| *ROBERT JAMES FOX,* | § | *ORIGINAL PROCEEDING* |
| *RELATOR* | § | |

### MEMORANDUM OPINION
### PER CURIAM

In this original proceeding, Relator Robert James Fox seeks a writ of habeas corpus alleging that he is illegally confined and restrained in the Cherokee County jail by the Honorable Dwight Phifer, Judge of the 2nd Judicial District Court, Cherokee County, Texas. He contends that he has been held for 1,420 days in retaliation for exercising his "First Amendment right to redress of grievance." He further asserts that he is being confined pursuant to a "preposterous felony charge" of tampering with a governmental record.

The original jurisdiction of this court to issue a writ of habeas corpus is limited to those cases in which a person's liberty is restrained because the person has violated an order, judgment, or decree entered in a civil case. *See* TEX. GOV'T CODE ANN. § 22.221(d) (Vernon 2004). Consequently, this court does not have original habeas corpus jurisdiction in criminal matters. *Dodson v. State*, 988 S.W.2d 833, 835 (Tex. App.—San Antonio 1999, no pet.); *Ex parte Hawkins*, 885 S.W.2d 586, 588 (Tex. App.—El Paso 1994, no pet.). Relator's complaint in this proceeding arises out of a felony criminal charge, which is a criminal matter. Therefore, we lack jurisdiction to address the merits of Relator's petition. Accordingly, we *dismiss* Relator's habeas petition *for want of jurisdiction*.

Opinion delivered December 20, 2012.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(DO NOT PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**DECEMBER 20, 2012**

**NO. 12-12-00421-CR**

**ROBERT JAMES FOX,**
Relator
v.
**HON. DWIGHT L. PHIFER**,
Respondent

## ORIGINAL PROCEEDING

ON THIS DAY came to be heard the petition for writ of habeas corpus filed by **ROBERT JAMES FOX**, who is the relator in Cause No. 17387, pending on the docket of the 2nd Judicial District Court of Cherokee County, Texas. Said petition for writ of habeas corpus having been filed herein on December 12, 2012, and the same having been duly considered, because it is the opinion of this court that this court is without jurisdiction in this proceeding, and that the petition for writ of habeas corpus should be dismissed, it is therefore CONSIDERED, ADJUDGED and ORDERED that the said petition for writ of habeas corpus be, and the same is, hereby **dismissed for want of jurisdiction**.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*